AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

_____ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

SCOTT HOLYOKE

**WARRANT FOR ARREST**

CASE NUMBER: 04-10084-JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ SCOTT HOLYOKE _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense)
knowingly and intentionally conspiring to distribute, and to possess with intent to distribute, 500 grams or more of methaphetamine, a schedule II controlled substance

in violation of Title _____ United States Code, Section(s) 846, 841(a)(1), and 841(b)(1)(A)

Name of Issuing Officer

Title of Issuing Officer: Supervisor

Signature of Issuing Officer

Date and Location: 3-31-04, Boston, Ma

Bail fixed at $ _____ by _____
Name of Judicial Officer

| **RETURN** |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER  WARRANT EXECUTED BY DEA  ARREST/ARRAIGNMENT OF THE DEFENDANT ON 4/6/04 | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.