# FINANCIAL AFFIDAVIT

## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

| IN UNITED STATES | ☒ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |

IN THE CASE OF

| | | LOCATION NUMBER |
|---|---|---|
| US v.s. Scott Molyoke | FOR | |
| | AT | |

PERSON REPRESENTED (Show your full name)

| | |
|---|---|
| 1 ☒ Defendant—Adult | DOCKET NUMBERS |
| 2 ☐ Defendant - Juvenile | Magistrate |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | District Court 04-10084-JLT |
| 5 ☐ Parole Violator | |

CHARGE/OFFENSE (describe if applicable & check box →)  ☐ Felony  ☐ Misdemeanor

| 6 ☐ Habeas Petitioner | Court of Appeals |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**EMPLOYMENT**

Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed    *has been incarcerated since*

Name and address of employer: Scott T. Holyoke

IF YES, how much do you earn per month? $ _____

IF NO, give month and year of last employment 2/12/04
How much did you earn per month? $ _____

If married is your Spouse employed? ☐ Yes ☐ No    n/a

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**ASSETS**

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☒ Yes ☐ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED *approx.* $ 8,000

SOURCES Unemployment benefits March - Aug/Sept '03

**CASH**

Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No

IF YES, GIVE THE VALUE AND $ DESCRIBE IT

| VALUE | DESCRIPTION |
|---|---|
| | |
| | |
| | |
| | |

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☒ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 0

List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Paymt. |
|---|---|---|---|
| | credit cards, phone bills, etc | $ approx. 7,000. | $ |
| | | $ | $ |
| | | $ | $ |
| | | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 4/14/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ x Scott T. Holyoke