UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE

**FURTHER ORDER ON EXCLUDABLE TIME**

May 26, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 26, 2004 through July 20, 2004,

that being the period between the Initial Status Conference and the Final Status Conference.

Based upon the prior order of the court dated April 15, 2004, and this order, at the time of the Final Status Conference on July 20, 2004, there will be thirteen (13) days of non-excludable time under the Speedy Trial Act (May 13, 2004 - May 25, 2004) and fifty-seven (57) days will remain under the Speedy Trial Act in which this case must be tried.

    / s / Judith Gail Dein
JUDITH GAIL DEIN
United States Magistrate Judge