```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF MASSACHUSETTS


UNITED STATES OF AMERICA        )
                                )
         v.                     )      Criminal NO. 04-10084-JLT
                                )
SCOTT HOLYOKE                   )
```

COURT ORDER RE: TRANSFER OF DEFENDANT TO MEDICAL FACILITY

The Court hereby orders the U.S. Marshal Service to transfer Scott Holyoke from the Essex County House of Correction in Middleton, Massachusetts to Fort Devens, so that he may receive medical care there.

Date:_____            _____
                                Hon. Judith G. Dein
                                United States Magistrate-Judge