UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.  )<br>)<br>SCOTT HOLYOKE )<br>) | CRIMINAL NO. 04-10084 JLT |

REQUEST FOR TRANSFER TO
DETENTION FACILITY WITH PROPER MEDICAL CARE

Defendant, Scott Holyoke, respectfully moves that this Court order the U.S. Marshal Service to transfer him from the Essex County House of Correction in Middleton, Massachusetts, where he is presently being held, to Fort Devens, a facility with a full-time medical staff.

As grounds for this motion, defendant states that he is HIV positive and that his health is in decline. The Assistant United States Attorney assigned to this case, William Weinreb, assents to this request.

SCOTT HOLYOKE
By his attorney,

_/s Page Kelley_____
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061