UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal NO. 04-10084-JLT |
| ) | |
| SCOTT HOLYOKE    ) | |

COURT ORDER RE: TRANSFER OF DEFENDANT TO MEDICAL FACILITY

The Court hereby orders the U.S. Marshal Service to transfer Scott Holyoke from the Essex County House of Correction in Middleton, Massachusetts to Fort Devens, so that he may receive medical care there.

Date: 5/28/04

/s/ Judith Gail Dein
Hon. Judith G. Dein
United States Magistrate-Judge