UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
UNITED STATES OF AMERICA      )
                              )
                              )
        v.                    )    Criminal No. 04-CR-10084 (JLT)
                              )
SCOTT HOLYOKE, et al.         )
                              )
        Defendants.           )
_____)
```

**FINAL STATUS CONFERENCE REPORT**

The parties in the above-entitled criminal matter, the United States of America (the "government") and defendants, hereby submit this Final Status Conference Report, pursuant to Local Rule 116.5(C)(1)-(8).

1. **Whether there are outstanding discovery issues not yet presented or resolved by the Court.**

    As to defendant Holyoke, there are no outstanding discovery issues to be resolved.  As to defendant Washington, defendant states that there are outstanding discovery issues to be resolved.

2. **Whether a party anticipates providing additional discovery as a result of its future receipt of information, documents, or reports of examinations or tests.**

    The parties are currently unaware of any other materials to be provided.

1

3.  **Whether defendants intends to raise a defense of insanity or public authority.**

    No.

4.  **Whether the government has requested notice of alibi by the defendant and, if so, whether the defendant has timely responded.**

    The government did request notice of alibi but the defendants have yet to respond.

5.  **Whether the defendants have filed, or intend to file, any motion to sever, dismiss, or suppress, or any other motion requiring a ruling by the District Court before trial.**

    No, the defendants do not plan to file any motion at this time.

6.  **Whether a schedule should be set concerning any matter in the case other than trial.**

    As to defendant Holyoke, this matter will likely be resolved without trial. As to defendant Washington, it cannot be said at this time whether the matter will be resolved without trial.

7.  **Whether the parties have discussed the possibility of an early resolution of the case without a trial and if so, the results of that discussion.**

    Discussions continue as to possible early resolution of this matter without trial.

8.  **Whether there are periods of excludable delay under the Speedy Trial Act as to which the parties agree, and what they are, and whether there are any disagreements, and what they are, to enable the Magistrate Judge to rule on periods of excludable delay at the Final Status Conference.**

    5. <u>Speedy Trial Act Calculations</u>

    The parties have conferred on the periods excludable from all Speedy Trial Act calculations and jointly submit that based

upon the prior orders of the court dated April 15, 2004, May 26, 2004, June 9, 2004, July 20, 2004, September 13, 2004, November 3, 2004, January 4, 2005, March 2, 2005 and April 26, 2005, there will be 0 days of non-excludable time under the Speedy Trial Act

and 70 days remain under the Speedy Trial Act.

**9.   The estimated length of trial.**

    5 Days.

                            Respectfully submitted,

                            MICHAEL J. SULLIVAN
                            UNITED STATES ATTORNEY

                By:   _____
                          CYNTHIA W. LIE
                          Assistant U.S. Attorney
                          One Courthouse Way
                          Boston, MA
                          (617) 748-3183

Dated: June ___, 2005

                          _____
                          Page Kelley
                          408 Atlantic Avenue
                          Federal Defender's Office
                          Boston, MA 02116

Dated: June ___, 2004

                          _____

                          **Keith S. Halpern**
                          Suite 3703
                          4 Longfellow Place
                          37th Floor
                          Boston, MA 02114
                          617-722-9952

```
                         617-742-5761 (fax)


Dated: June ___, 2005
```