UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10084 JLT |
| | ) | |
| SCOTT HOLYOKE | ) | |

## MOTION TO FILE UNDER SEAL

Defendant, Scott Holyoke, respectfully requests that the attached document be filed under seal.

SCOTT HOLYOKE
By his attorney,

/s/ Page Kelley
Page Kelley
B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

## CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney Nancy Rue by hand delivery on November 2, 2005.

/s/ Page Kelley
Page Kelley