UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | )   CRIMINAL NO. 04-10084 JLT |
| | ) |
| SCOTT HOLYOKE | ) |
| | ) |

ASSENTED-TO MOTION FOR CONTINUANCE OF RULE 11 HEARING

_____Defendant Scott Holyoke, through counsel, hereby requests that his Rule 11 hearing, presently scheduled for Tuesday, April 18, be continued to a date in June, 2006. The defendant so requests because counsel has a family obligation on April 18 and is not available, and the parties need more time to negotiate a plea agreement. The defendant is not in custody.

The Assistant United States Attorney assigned to this case, George Vien, has no objection to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

SCOTT HOLYOKE
By his attorney,
/s/ Page Kelley
Page Kelley
   B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on April 11, 2006.

 /s/ Page Kelley
Page Kelley