UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CRIMINAL NO. 04-10084 JLT |
| | ) | |
| SCOTT HOLYOKE | ) | |
| | ) | |

ASSENTED-TO MOTION TO CONTINUE HEARING RE DETENTION

Defendant Scott Holyoke, through counsel, hereby requests that the hearing scheduled for Tuesday, June 20 at 10:00 a.m., be rescheduled for Friday, June 23. Counsel so requests because she needs additional time to confer with the defendant and prepare for the hearing.

The Assistant United States Attorney assigned to this case, George Vien, has no objection to this request. The government and defendant request the Court to order a period of excludable delay under 18 U.S.C. § 3161(h) (8) for the period of the continuance.

> SCOTT HOLYOKE
> By his attorney,
> /s/ Page Kelley
> Page Kelley
>   B.B.O. #548237
> Federal Defender Office
> 408 Atlantic Avenue, 3rd Floor
> Boston, MA  02110
> Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 16, 2006.

> /s/ Page Kelley
> Page Kelley