UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                       ) | CRIMINAL NO. 04-10084 JLT |
| ) | |
| SCOTT HOLYOKE            ) | |
| ) | |

REQUEST FOR COURT TO ENTER ORDER
OF VOLUNTARY DETENTION

Defendant, Scott Holyoke, respectfully moves that this Court enter an order of voluntary detention, pursuant to 18 U.S.C. § 3142 (e).

SCOTT HOLYOKE
By his attorney,

/s/ Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 22, 2006.

/s/ Page Kelley
Page Kelley