UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
04-10084-JLT

UNITED STATES OF AMERICA

v.

SCOTT HOLYOKE

**MEMORANDUM AND ORDER OF DETENTION**

June 23, 2006

DEIN, M.J.

The defendant is charged in a two count indictment with conspiracy to distribute, and to possess with intent to distribute 500 grams or more of methamphetamine in violation of 21 U.S.C. § 846, possession with intent to distribute and distribution of more than 500 grams of methamphetamine in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(A), and aiding and abetting in violation of 18 U.S.C. § 2.  On June 13, 2006, a warrant for the defendant's arrest was issued due to his alleged violations of conditions of pre-trial release.  A hearing was held on June 14, 2006, and continued to June 23, 2006 in order for the parties to obtain additional information.  On June 23, 2006 the court was notified that the defendant waived his right to a hearing at this time, and consented to an order of detention without prejudice.

Accordingly, it is ORDERED that the defendant be DETAINED pending trial, and it is further ORDERED --

(1)     That the defendant be committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2)     That the defendant be afforded a reasonable opportunity for private consultation with counsel; and

(3)     On order of a court of the United States or on request by an attorney for the government, the person in charge of the corrections facility in which the defendant is detained and confined deliver the defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This order is without prejudice to the defendant filing a motion at any time seeking a hearing for the purpose of considering the issue of pre-trial detention.

                                               / s / Judith Gail Dein
                                               Judith Gail Dein
                                               United States Magistrate Judge