AO 442  (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of __MASSACHUSETTS__

UNITED STATES OF AMERICA

V.

SCOTT HOLYOKE

**WARRANT FOR ARREST**

Case Number: 04-10084JLT

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____SCOTT HOLYOKE_____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☒ Information   ☐ Complaint   X Order of court   ☐ Violation   ☐ Probation Violation Petition

charging him or her   (brief description of offense)

VIOLATION OF RELEASE CONDITIONS

in violation of _____ United States Code, Section(s) _____

Thomas F. Quinn                              Deputy Clerk
Name of Issuing Officer                       Title of Issuing Officer

/s/ Thomas F. Quinn                          6/13/06   Boston, MA
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                        Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant _____ |
| WARRANT EXECUTED BY USMS ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/14/06 |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |