UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.    )<br>)<br>SCOTT HOLYOKE    ) | CRIMINAL NO. 04-10084 JLT |

MOTION TO FILE UNDER SEAL

Defendant, Scott Holyoke, respectfully requests that he be allowed to file his Joint Status Report under seal. As grounds therefor, defendant states that the report contains information that he does not wish to make public.

SCOTT HOLYOKE
By his attorney,

 /s/Page Kelley
Page Kelley
  B.B.O. #548237
Federal Defender Office
408 Atlantic Avenue, 3rd Floor
Boston, MA  02110
Tel: 617-223-8061

CERTIFICATE OF SERVICE

I, Page Kelley, hereby certify that a true copy of the above document was served upon Assistant United States Attorney George Vien by hand delivery on December 18, 2006.

/s/ Page Kelley
Page Kelley